UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
BAY CITY DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 11-21775 |
| | | CHAPTER 7 |
| | § | |
| | | Daniel S. Opperman |
| | § | |
| Michael Anthony Hemgesberg | | |
| | § | REQUEST FOR NOTICE |
| | | FOR CREDITOR (DYCK-O'NEAL, INC.) |

Comes now a party in interest, Dyck-O'Neal, Inc., and respectfully requests notice in the above identified case.

Please send all future notices to the following address:

        Dyck-O'Neal, Inc.
        P.O. Box 13370
        Arlington, TX 76094

        Respectfully submitted,

        /s/ Glenda Kerr
        Dyck-O'Neal, Inc.
        Bankruptcy Dept.
        P.O. Box 13370
        Arlington, TX 76094
        (800) 418-9401

Electronic or mailed copies to:

| | |
|---|---|
| Daniel Himmelspach | Joshua M. Reinert |
| 916 Washington Ave, Ste 305 | 3434 Davenport |
| Bay City, MI 48708-5723 | Saginaw, MI 48602 |

XXXXX6356